**Order filed September 21, 2020**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-19-00629-CV
_____

### KB CONTRACTING AND KELLY BOCKEL, Appellant

### V.

### WM UNITED ENTERPRISES, INC., Appellee

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-40599**

# O R D E R

The clerk's record was filed November 5, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain: 1) KB Contracting's Original Cross-Action and Jury Demand, filed on December 20, 2016; (2) Order Granting Motion to Sever, filed on April 19, 2017; and (3) Plaintiff's Response in Opposition to Defendant's Motion to Modify Judgment, with exhibits A and B, filed on September 25, 2019.

The Harris County Clerk is directed to file a supplemental clerk's record on or before , containing: 1) KB Contracting's Original Cross-Action and Jury Demand, filed on December 20, 2016; (2) Order Granting Motion to Sever, filed

on April 19, 2017; and (3) Plaintiff's Response in Opposition to Defendant's Motion to Modify Judgment, with exhibits A and B, filed on September 25, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Christopher, Jewell and Zimmerer.